### SMITH v. NAPHTALY et al.

(Circuit Court of Appeals, Ninth Circuit. February 3, 1896.)

No. 262.

PUBLIC LANDS.

Appeal from the Circuit Court of the United States for the Northern District of California.

This was a bill in equity by Joseph Naphtaly and others against Josiah S. Smith to recover certain lands. A demurrer to the bill was sustained by the circuit court, and a decree entered accordingly. Defendant appealed.

H. F. Crane and Philip Teare, for appellant.
A. L. Rhodes, for appellees.

Before GILBERT and ROSS, Circuit Judges, and MORROW, District Judge.

ROSS, Circuit Judge. From the action of the court below in sustaining a demurrer to the bill in this case, the complainant appealed. The merits of the case are covered by the decision in the case of Beley v. Naphtaly (just filed) 73 Fed. 120. It is not necessary to do more than to refer to the reasons there given in support of our judgment affirming that of the court below. Judgment affirmed.